# EXHIBIT 3



**Branch Banking and Trust Company**

741 South 25th Street
Easton, PA 18045-5301

October 4, 2019

To whom it may concern:

This letter is to serve as verification that an account in the name of All American Medical Supplies LLC has been established at BB&T Bank. The routing number for this account is 031309123. The account number for ACH activity is 1390010285158. If you have any questions, feel free to reach out to me at the contact information below.

Best Regards,

*Shannon Heckman*

Shannon Heckman
Cluster Market Leader II
NMLS# 552512
Downtown Easton/ Palmer Town Center
741 S. 25th st
Easton, PA 18045
Tel (484) 373-5279
Fax (610) 258-4824
Email: Sheckman@bbandt.com