# EXHIBIT 4

# WINTER 2020
# DME MAC Jurisdiction C





# SUPPLIER MANUAL



CGS — A CELERIAN GROUP COMPANY

© 2020 Copyright, CGS Administrators, LLC.



CMS — CENTERS FOR MEDICARE & MEDICAID SERVICES

## *Supplier Enrollment*                                              Chapter 2

provide your NPI where requested and submit a copy of the notification verifying the NPI. If you are unable to locate your NPI notification you may contact the NPPES at 1.800.465.3203 or send an email to customerservice@npienumerator.com.

Applying for an NPI is a process separate from Medicare enrollment. To obtain an NPI, you may apply online at https://NPPES.cms.hhs.gov. For more information about NPI enumeration, visit https://www.cms.gov/Regulations-and-Guidance/Administrative-Simplification/NationalProvIdentStand/.

**Note:** Each enrolled supplier of DMEPOS that is a covered entity under HIPAA must designate each practice location (if it has more than one) as a subpart and ensure that each subpart obtains its own unique NPI. Federal regulations require that each location of a Medicare DMEPOS supplier have its own unique billing number. In order to comply with that regulation, each location must have its own unique NPI.

In addition, the address listed on the NPI notification must match the address listed on the CMS-855S. The CMS requires a copy of the notification to be submitted with all enrollment documentation, which includes initial applications, changes of information, reenrollments and reactivations.

**EFT Form (CMS-588)**

You must complete and submit the most current version of the Authorization Agreement for Electronic Funds Transfer (CMS-588). With regards to DMEPOS enrollment, you should submit the EFT when initially enrolling or submitting an application for an additional location. Suppliers must list the proper Medicare contractor and ensure the form has the original signature of the authorized or delegated official. Also, suppliers should submit a separate form for each Medicare contractor where it submits claims.

Along with each completed CMS-855S form, you must include one of the following verifying the account information:

- Voided check
- Deposit slip
- Notification on bank letterhead verifying the account information

The NSC's role is to simply verify the form is complete and to ensure the agreement is signed properly. Once verified, the NSC will send the agreements to the appropriate DME MAC for processing. After receiving and verifying that your EFT application is complete, the DME MAC has 30 days from the date of receipt to process the application.

Again, you should only submit the CMS-588 to the NSC when submitting the CMS 855S for initial enrollment or when enrolling an additional location. The NSC does not enroll suppliers into the EFT program. Any changes to existing EFT information should be submitted to the following address:

    CGS
    Attn: EFT-DME
    PO Box 20010
    Nashville, TN  37202

**Note:** If you are a re-enrolling supplier and not already enrolled to receive payments through electronic fund transfer, you must submit the CMS-588 form.