# EXHIBIT 5

From: **Jim Letko** JLetko@aam.us
Subject: **Re: Financial Record Authorization**
Date: **November 10, 2019 at 12:11 PM**
To: **Nicholas Zotti** nicholas_zotti@njpt.uscourts.gov
Cc: **letko@comcast.net**

## U.S. PRETRIAL SERVICES - DISTRICT OF NEW JERSEY

### CUSTOMER CONSENT AND AUTHORIZATION
### FOR ACCESS TO FINANCIAL RECORDS

I, ___James Letko___, hereby authorize the

Credit Bureau Inc. (Equifax)

to disclose the following financial records:

**CREDIT HISTORY PROFILE**

to ___Nicholas Zotti___, an officer of the United States
(Name of the Pretrial Officer Allowed Access)

District Court for the District of New Jersey for the following purposes:

__X__ Bail Investigation Report

____ Pretrial Diversion Report

I understand that this authorization may be revoked by me in writing at any time before my records, as described above, are disclosed and that this authorization is valid for no more than three (3) months from the date of my signature. I understand further that my authorization cannot be required as a condition of my doing business with the above named financial institution.

11/10/19
(Date)

(Signature of Customer)

10/25/72         -4459
(Date of Birth)    (Social Security Number)

11 Dulra Ct
(Street)

Pittstown    NJ    08867
(City)        (State)    (Zip Code)

Section 1104(a) of the Right to Financial Privacy Act, 12 U.S.C. 340(a)-

NJFORM 11J
Revised 8/25/95

Nick - attached is the completed form. Completed on phone so please forgive handwriting. FYI I opened up new business bank accounts at BB&T after verbal notification to Steve on 10/3. I also open a personal joint account at Provident after email notification to you. Please let me know if you find any issues. Thanks for clarifying why you needed this form completed.

Regards,

Jim Letko
908-797-1042

> On Nov 8, 2019, at 4:35 AM, Nicholas Zotti <nicholas_zotti@njpt.uscourts.gov> wrote:
>
> James,
>
> Based on no bank account condition ordered by the Court, Pretrial Services requires the attached document to be executed and returned. Please review, complete, and scan the document back to me at your earliest convenience. You can take a picture with your cell phone if you do not have a scanner. Have a nice weekend.
>
> Thanks,
>
> Nick Zotti
> U.S. Pretrial Services Officer
> 402 East State Street
> Room 100
> Trenton, NJ 08608
> Office:  609-989-2056
>
> <Auth.pdf>