# EXHIBIT 6

**AAMFL Unbilled Claims**

**Unbilled amounts per Medicare Region**

| Row Labels | Sum of Invoice Detail Allow | 80% of Allowable |
|---|---|---|
| A | $65,384.29 | $52,307.43 |
| B | $164.75 | $131.80 |
| C | $99.17 | $79.34 |
| D | $63,788.01 | $51,030.41 |
| Grand Total | $129,436.22 | $103,548.98 |

**Number of Sales orders unbilled**

| Unique ID Sales Orders | 1 |
|---|---|

| Row Labels | Count of Invoice Sales Order Number |
|---|---|
| A | 1406 |
| B | 2 |
| C | 4 |
| D | 1397 |
| Grand Total | 2809 |