UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Crim. No. 19-cr-20652
Hon. David M. Lawson

D-1 JAMES LETKO,

        Defendant.

                                  /

## GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION TO AMEND THE RELEASE CONDITIONS

The United States of America, through undersigned counsel, hereby responds to the Defendant's Motion to Amend the Release Conditions seeking approval to bill Medicare Part B for sales of durable medical equipment by All American Medical Supplies that occurred prior to October 31, 2019. The Government respectfully takes no position on the Defendant's request at this time and defers to the Court for a ruling.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

1

                                          <u>s/ John J. McCormack</u>
                                          Malisa Dubal
                                          John J. McCormack
                                          Trial Attorneys
                                          U.S. Department of Justice
                                          Criminal Division, Fraud Section
                                          1400 New York Avenue, NW
                                          Washington, DC 2005
                                          Ph:  (202)-626-7011
                                          Email:  john.mccormack.iv@usdoj.gov

Dated: January 23, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, January 23, 2020, I electronically filed the foregoing document with the Clerk of Court using ECF, which also sends a copy to counsel of record.

                                           */s John J. McCormack*
                                           John J. McCormack
                                           Trial Attorney
                                           U.S. Department of Justice
                                           Criminal Division, Fraud Section
                                           1400 New York Ave, NW
                                           Washington, DC 20005
                                           Cell:  (202) 262-7011
                                           Email: john.mccormack.iv@usdoj.gov