UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 JAMES LETKO,
D-2 STEVEN KING,
D-3 RAMI LAZEKI,
D-4 PATRICIA FLANNERY,
D-5 KATHERINE PETERSON,

    Defendants,

_____/

Case No. 19-cr-20652
HON. DAVID M. LAWSON

## NOTICE OF JOINER

Defendant, James Letko, by and through his attorneys, Butzel Long, by George B. Donnini and T.R. Eppel file this Notice of Joinder in Defendant Steven King's Motion for Severance.

Respectfully submitted,

/s/ George B. Donnini
George B. Donnini (P66793)
Theodore R. Eppel (P81492)
Butzel Long
41000 Woodward
Stoneridge West
Bloomfield Hills, MI 48304
313-225-7042
donnini@butzel.com
Counsel for Defendant James Letko

Dated: July 1, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on July 1 2020 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to counsel of record.

/s/ George B. Donnini

Counsel for Defendant James Letko