UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 19-20652

  v.        Honorable David M. Lawson

D-1 JAMES LETKO,
**D-2 STEVEN KING,**
D-3 RAMI LAZEKI,
D-4 PATRICIA FLANNERY,
D-5 KATHERINE PETERSON,

        Defendants.
_____/

## NOTICE OF JOINDER IN PRETRIAL MOTIONS

Steven King, though attorneys Natasha Webster and Benton Martin, joins and concurs in the following six pretrial motions:

1. Motion to Compel Pretrial Disclosure of *Brady* Materials, filed by James Letko (R. 82).

2. Motion to Strike Surplusage from the Indictment, filed by James Letko (R. 83).

3. Motion to Dismiss Count 1, filed by James Letko (R. 84).

4. Motion for a Bill of Particulars, filed by Katherine Peterson (R. 85).

1

5.  Motion for Use of Supplemental Jury Questionnaire, filed by all defendants (R. 87).

6.  Motion for Order to Retain and Furnish Notes, filed by Patricia Flannery (R. 88).

Respectfully Submitted,

FEDERAL DEFENDER OFFICE

/s/ Natasha D. Webster
Natasha_Webster@fd.org

/s/ Benton C. Martin
Benton_Martin@fd.org

Attorneys for Steven King
613 Abbott St., Suite 500
Detroit, MI 48226
Phone: (313) 967-5542

Date: July 1, 2020

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Cr. No. 19-20652

  v.                               Honorable David M. Lawson

D-1 JAMES LETKO,
**D-2 STEVEN KING,**
D-3 RAMI LAZEKI,
D-4 PATRICIA FLANNERY,
D-5 KATHERINE PETERSON,

        Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify that, on July 1, 2020, I filed this document using the CM/ECF filing system, which will send notification to opposing counsel.

                                        /s/ Benton C. Martin

3