## INDEX OF EXHIBITS

1. Dkt. #13 Order Setting Conditions of Release