UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case Number 19-20652

v.                                           Honorable David M. Lawson

JAMES LETKO,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO MODIFY BOND CONDITIONS

This matter is before the Court on the defendant's motion to modify one term of his bond conditions. The defendant asks the Court to amend paragraph 7(h) of the conditions of release that were specified in the order granting bond (ECF No. 13), to allow him to meet with both "co-defendants" and "witnesses" either "in the presence of counsel" or for "business purposes." The government was consulted and consented to the relief requested. The Court has considered the defendant's request, and after weighing the factors listed in 18 U.S.C. § 3145 (a)(2), the Court finds that the request for modification should be granted.

Accordingly, it is **ORDERED** that the defendant's unopposed motion to modify bond conditions (ECF No. 129) is **GRANTED**, and the order imposing bond conditions (ECF No. 13) is further **AMENDED** as follows: the no-contact specification in paragraph 7(h) is **REPLACED** with the condition that the defendant shall avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to co-defendants, except that the defendant may have contact with co-defendants or witnesses either in the presence of counsel or for business purposes.

- 2 -

It is further **ORDERED** that all other conditions of the defendant's release on bond, as previously amended, remain in full force and effect.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: May 28, 2021