```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION

 United States of America,

                        Plaintiff,

 -v-                                        Case No. 19-20652

 D-1  James Letko,
 D-2  Steven King,
 D-3  Rami Lazeki,
 D-4  Patricia Flannery,
 D-5  Katherine Peterson,

                        Defendants.
 _____/


             HEARING ON RETURN ON SUBPOENAS
                    September 10, 2020

         BEFORE THE HONORABLE DAVID M. LAWSON
              United States District Judge

     Theodore Levin United States District Courthouse
                231 West Lafayette Boulevard
                     Detroit, Michigan

 APPEARANCES:

 FOR THE PLAINTIFF:     SHANKAR RAMAMURTHY
                        United States Attorney's Office
                        211 West Fort Street, Suite 2001
                        Detroit, Michigan  48226


 FOR THE DEFENDANT      THEODORE R. EPPEL
 JAMES LETKO:           Butzel Long
                        150 West Jefferson, Suite 100
                        Detroit, Michigan  48226


 (Appearances continued to following page)

            To Obtain a Certified Transcript Contact:
           Rene L. Twedt, CSR-2907, RDR, CRR, CRC
                  www.transcriptorders.com
```

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE DEFENDANT      BENTON MARTIN
      STEVEN KING:           Federal Community Defender
 4                           613 Abbot Street
                             Detroit, Michigan   48226
 5

 6    FOR THE DEFENDANT      MARK KRIGER
      PATRICIA FLANNERY:     LaRene & Kriger
 7                           645 Griswold Street
                             Suite 1717
 8                           Detroit, Michigan   48226
```

1    Detroit, Michigan

2    September 15, 2021

3    10:39 a.m.

4                              *     *     *

5           THE CLERK: All rise. The United States District
6    Court for the Eastern District of Michigan is now in session.
7    The Honorable David M. Lawson presiding.

8           THE COURT: You may be seated.

9           THE CLERK: Court calls Case Number 19-20652,
10   United States of America versus James Letko.

11          THE COURT: Let's put appearances on the record,
12   first for the government.

13          MR. RAMAMURTHY: Shankar Ramamurthy on behalf of the
14   United States.

15          THE COURT: All right. And Defendant Letko?

16          MR. EPPEL: Theodore Eppel on behalf of Defendant
17   Letko.

18          THE COURT: Is anybody here for Defendant King?

19          MR. MARTIN: Yes, your Honor. Benton Martin.

20          THE COURT: Thank you.

21          And for Defendant Lazeki?

22          Patricia Flannery?

23          MR. KRIGER: Good morning, your Honor. Mark Kriger
24   on behalf of Patricia Flannery.

25          THE COURT: All right. And no one is here for

1    Katherine Peterson, I presume.

2             The Court entered an order permitting the defendant to
3    serve subpoenas on certain deponents under Rule 17(c).  Today
4    was the return date.

5             The Court ordered that the subpoenas be returned here
6    at 10:00.  It is now 10:40.  And as I understand it, no one has
7    appeared on behalf of any of the deponents.

8             Actually, there were only two, I believe.  One was to
9    Express Scripts, Inc., and the other one was to OptumRx, Inc.

10            Let's see.  Let's start with Mr. Eppel.

11            Can you assure the Court that these subpoenas were
12   properly served?

13            MR. EPPEL:  Yes, your Honor.  The subpoena to OptumRx
14   was served by the Marshal Service on September 8, and the
15   subpoena to Express Scripts was served by the Marshal Service
16   on September 9.

17            THE COURT:  Okay.  And have you heard from anybody?

18            MR. EPPEL:  We have not, your Honor.

19            THE COURT:  All right.  I had spoken with you at
20   around 10:05 today and asked if you would be able to reach out
21   to any attorneys whom you were able to identify as having
22   represented these, either of these two entities, presently or
23   in the past.

24            Were you successful at that?

25            MR. EPPEL:  I was not, your Honor.  Unfortunately,

1    the attorney that had represented Express Scripts in the case
2    in Boston is no longer with that law firm.
3           THE COURT:  Okay.
4           MR. EPPEL:  And I was not able to identify an attorney
5    for Optum.
6           THE COURT:  All right.  How would you like to proceed,
7    then, Mr. Eppel?
8           MR. EPPEL:  I think, your Honor, we would move for a
9    rule to show cause on both recipients.
10          THE COURT:  I think what I would like you to do --
11   I don't know if I have the information on the docket or not.
12          Would you prepare a brief motion, together with an
13   affidavit that just confirms the service of the subpoenas,
14   date, time, and means, so that that information is available
15   to the Court?  And I can make a determination subsequently.
16          And then I will issue an order requiring them to show
17   cause why they should not be held in contempt for failing to
18   honor the subpoenas.
19          In the meantime, Mr. Eppel, I will direct you to do
20   what I mentioned before, and that is, see if you can identify
21   an attorney who has represented either of these entities in
22   local litigation, either in this court or in Wayne or Oakland
23   or Macomb or Washtenaw County in the past.
24          And the reason I suggest that is because you had
25   represented to me that it's difficult to find out who their

```
 1   legal department is and any contact information in that
 2   regard; is that fair to say?
 3            MR. EPPEL:  Yes, your Honor.
 4            THE COURT:  All right.  Do you have any objection to
 5   going forward in that way?
 6            MR. EPPEL:  No.  That's fine, your Honor.  Is there a
 7   time limit on that?
 8            THE COURT:  I would like you to get the show cause to
 9   me as soon as possible, because --
10            MR. EPPEL:  Okay.
11            THE COURT:  -- I got the impression that the documents
12   you're seeking can be somewhat voluminous and you're going to
13   have to go through it, because we have got a trial date not
14   right around the corner, but it is out there somewhere.
15            MR. EPPEL:  Correct.
16            THE COURT:  All right.  Mr. Kriger, do you wish to
17   be heard on any of this?
18            MR. KRIGER:  No, your Honor.
19            THE COURT:  Mr. Martin?
20            MR. MARTIN:  No, your Honor.  Thank you.
21            THE COURT:  And Mr. Ramamurthy?
22            MR. RAMAMURTHY:  Nothing to add for the government,
23   your Honor.
24            THE COURT:  All right.  Thank you.  That's how we will
25   proceed.
```

```
 1              I will look for your filing, Mr. Eppel.  Thank you.
 2              MR. EPPEL:  Thank you, your Honor.
 3              THE COURT:  You may recess court.
 4              THE CLERK:  All rise.  Court is now in recess.
 5              (Proceedings adjourned at 10:44 a.m.)
 6                          *     *     *
 7
 8                   CERTIFICATE OF COURT REPORTER
 9
10      I certify that the foregoing is a correct transcript
11   from the record of proceedings in the above-entitled matter.
12
13           s/ Rene L. Twedt                    September 29, 2021
     RENE L. TWEDT, CSR-2907, RDR, CRR, CRC      Date
14       Federal Official Court Reporter
```