

433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901-8219
t: 845.357.7900

March 5, 2022

**VIA ECF**

Honorable David M. Lawson
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 775
Detroit, Michigan 48226

      Re:   *United States of America v. Letko, et al.*
               Case No. 2:19-CR-20652-DML-DRG

Dear Judge Lawson:

      This firm represents Defendant Katherine Peterson in the above-referenced matter. Currently I am on trial in the District of New Jersey and, therefore, was unable to participate in the status conference in this matter on March 3, 2022. I have reviewed the scheduling order entered by the Court following that conference, including the trial date set for Tuesday, October 4, 2022 trial start date. The following three dates are Jewish holidays on which I could not attend trial due to reasons of religious observance: Wednesday, October 5 (Yom Kippur), Monday, October 10 (First Day of Sukkot), and Monday, October 17 (Last Day of Sukkot). This is the same conflict I raised last year when trial was scheduled for September 2021, as explained in my attached February 19, 2021 letter to the Court (ECF No. 123). I apologize that I was unable to be on the Zoom this week, as I would have noted the conflict at that time; I recall the Court was very gracious in accommodating the Jewish holiday schedule when the issue arose last year and would request that it do so again.

      Without wanting to be a pest, I note that Defendant Peterson's pretrial motion for a transfer/severance for purposes of trial remains pending before the Court. As noted in my December 21, 2021 letter to the Court (ECF No. 172), also attached to this letter, additional factors have arisen since that motion was argued and taken under advisement by the Court that are relevant to Defendant's application. In light of those factors, it would be helpful to counsel and Defendant if the Court were to resolve Defendant's pending motion – *i.e.*, the question of whether Peterson's trial (not discovery) will be transferred to another district – with sufficient time to allow counsel (and Defendant) to attempt to make arrangements for the October 4, 2022 trial in Michigan in the event the motion is denied.

      Thank you very much for the Court's consideration of these requests.

                                  Respectfully yours,

                                  Mark A. Berman

Attachments (ECF Nos. 123 & 172)

cc:     All Counsel of Record (via ECF)