UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 JAMES LETKO,

    Defendant.

_____/

Case No. 19-cr-20652

Hon. David M. Lawson

## STIPULATION AND ORDER TO CONTINUE SENTENCING

The parties, through their counsel, respectfully seek and stipulate to an adjournment of the sentencing date of December 13, 2022. The parties seek a ninety (90) day extension of the sentencing date. The Defendant is cooperating with the United States, including his anticipated testimony in *U.S. v. Steven King*, 19-cr-20652 (E.D. Mich.), which is scheduled for trial on February 14, 2022, and *U.S. v. Peterson*, 22-621 (D. NJ), for which a trial date has not yet been scheduled. The additional time is needed to allow the defendant to continue and complete his cooperation.

<div style="display: flex;">

/s/ Shankar Ramamurthy
SHANKAR RAMAMURTHY
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (202) 924-5368
Email:
shankar.ramamurthy@usdoj.gov

/s/George B. Donnini
*Attorney for Defendant Letko*
Butzel Long
150 W. Jefferson, Suite 100
Detroit, MI 48226-4430
313-225-7000
Email: donnini@butzel.com

</div>

Dated: October 5, 2022

**Certificate of Service**

I hereby certify that on October 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ Shankar Ramamurthy
SHANKAR RAMAMURTHY
U.S. Dept. of Justice Trial Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(202) 924-5368
shankar.ramamurthy@usdoj.gov