UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                                                  Case No. 2:19–cr–20652–DML–DRG
                                                                               Hon. David M. Lawson

James Letko, et al.,

                    Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  James Letko

The defendant(s) shall appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 767, Detroit, Michigan, for the following proceeding(s):

- BOND HEARING:  November 3, 2022 at 09:30 AM

**ADDITIONAL INFORMATION:**    Amendment of Pretrial Release Conditions

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                           By: s/S. Pinkowski
                                                               Case Manager

Dated:  October 14, 2022