UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

Case No. **19-cr-20652-03**
**Hon. David Lawson**
U.S. District Court Judge

**D-3) RAMI LAZEKI**

       Defendant.

---

### NOTICE OF JOINDER IN CO-DEFENDANT FLANNERY'S UNOPPOSED MOTION TO ADJOURN SENTENCING DATE

---

**NOW COMES** Defendant Rami Lazeki, by his Counsel, James W. Burdick, and joins Co-Defendant Flannery's Unopposed Motion to Adjourn her sentencing (currently scheduled for November 04, 2022) until she has testified as a witness for the government in the matter of Co-Defendant Steven King's trial (currently scheduled for February 14, 2023) and for the same reasons as set forth in Co-Defendant Flannery's Motion and Supporting Memorandum.

Defendant has been advised directly by Counsel for the Government that the government does not oppose the adjournment of Defendant Rami Lazeki's sentencing date for the time specified herein above (120 days) as in his Co-Defendant, Ms. Flannery's Motion to Adjourn her sentencing.

**WHEREFORE** Defendant urges that this Honorable Court continue Defendant's sentencing until such time as he has testified as a witness for the government in the two trials.

Respectfully Submitted by:

**Burdick Law, P.C.**

　　/s/ James W. Burdick
**JAMES W. BURDICK** (P-11397)
Attorney for Defendant Rami Lazeki
1760 South Telegraph Road, Suite 300
Bloomfield Hills, Michigan 48302-0183
Ph: (248) 335-5000; Fax: (248) 253-9620
jwb@burdickpc.com

Dated: **October 19, 2022**

## CERTIFICATE OF SERVICE

I hereby certify that, on **October 19 2022**, I electronically filed the within Notice of Joinder with the Clerk of the Court employing the court's ECF filing system which will send notification of the filing of this Notice of Joinder to all counsel of record.

                Respectfully submitted,

                **Burdick Law, P.C.**

                */s/ James W. Burdick*
                **JAMES W. BURDICK (P-11397)**
                Attorney for Defendant
                1760 South Telegraph Road, Suite 300
                Bloomfield Hills, Michigan 48302-0183
                Ph: (248) 335-5000; Fax: (248) 253-9620
                jwb@jwburdicklaw.com

Dated: **October 19, 2022**