# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JAMES LETKO, STEVEN KING,
RAMI LAZECKI, PATRICIA FLANNERY
and KATHERINE PETERSON
    Defendants.

Case Number 19-cr-20652
Honorable David M. Lawson

## NOTICE OF JOINDER AND CONCURRENCE

Defendant, James Letko, by and through his attorneys, Butzel Long, hereby gives notice that he joins in, and concurs with, Defendant PATRICIA FLANNERY'S Unopposed Motion to Adjourn Sentencing (Doc. 225), for the reasons and legal arguments set forth in said motion. Mr. Letko further states in support of this Notice that:

1. Mr. Letko has entered a plea of guilty, and is awaiting sentencing, which is currently set for December 13, 2022.

2. He has also agreed to cooperate with the government, and he expects to appear as a witness for the government at the trial of the co-defendant Steven King, which is currently set to begin on February 14, 2023.

1

**Respectfully Submitted,**

BUTZEL LONG, PC

By: */s/ Theodore R. Eppel*
George B. Donnini (P66793)
Theodore R. Eppel (P81492)
201 W. Big Beaver
Suite 1200
Troy, MI 48084
(248) 258-1616
donnini@butzel.com
eppel@butzel.com
Counsel for Defendant Letko

## CERTIFICATE OF SERVICE

I hereby certify that, on October 20, 2022, I caused to be served the foregoing on the Court and counsel of record through the Court's CM-ECF system.

*/s/ Theodore R. Eppel*
Theodore R. Eppel (P81492)