UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case Number 19-20652

v.                                           Honorable David M. Lawson

JAMES LETKO,

        Defendant.
_____/

## ORDER MODIFYING BOND CONDITIONS

On August 23, 2022, the defendant pleaded guilty to one charge of conspiracy to commit health care fraud under 18 U.S.C. § 1349. His bond was continued pending sentencing. The matter now is before the Court on a petition by the assigned pretrial services officer to add a bond condition requiring the defendant to refrain from the use of alcohol and participate in substance abuse counseling. The parties agree that the defendant has been compliant with all other conditions of his release on bond. The defendant did not object to the addition of the condition requiring counselling, but he did object to a provision barring him from the total use of alcohol, fearing that he could not comply with it. He also expressed concern about having sufficient time to locate a suitable facility for treatment. The Court held a hearing on the proposed bond modification on November 3, 2022, considered the request, and after weighing the factors listed in 18 U.S.C. § 3145 (a)(2), the Court finds that the request for modification should be granted.

Accordingly, for the reasons stated on the record, it is **ORDERED** that the order imposing bond conditions (ECF No. 13) is **AMENDED** to include the following additional condition: The defendant shall not use alcohol at all, he shall submit to drug and alcohol testing as directed by the assigned pretrial services officer, and he shall participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by the pretrial services officer.

- 2 -

It is further **ORDERED** that all other conditions of the defendant's release on bond remain in full force and effect.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated:   November 3, 2022