UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                          Case Number 19-20652

v.                                                      Honorable David M. Lawson

JAMES LETKO, PATRICIA FLANNERY,
and RAMI LAZEKI,

        Defendants.
_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTIONS
AND REQUEST TO ADJOURN SENTENCING HEARINGS**

This matter is before the Court on motions by defendants Patricia Flannery and James Letko to continue their sentencing dates. Defendant Rami Lazeki also previously submitted a stipulation with the government to adjourn his sentencing hearing. All of the defendants ask that the Court adjourn their sentencing proceedings until after the trial of co-defendant Steven King has concluded. The Court has considered the parties' motions and stipulation and finds that the requested adjournments should be granted.

Accordingly, it is **ORDERED** that the unopposed motions to adjourn by defendants Patricia Flannery (ECF No. 225) and James Letko (ECF No. 234), and the request to adjourn by defendant James Lazeki (ECF No. 219), are **GRANTED**, and the sentencing hearings of those defendants are **ADJOURNED** to dates to be determined. The Court separately will issue notices of the new dates and times for the sentencing hearings.

                                                                  s/David M. Lawson
                                                                   DAVID M. LAWSON
                                                                   United States District Judge

Dated:  November 10, 2022