UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Letko, et al.,

    Defendants.

Case No. 19-cr-20652

Honorable David M. Lawson

# NOTICE OF ASSISTANT U.S. ATTORNEY WITHDRAWAL

The undersigned is no longer counsel of record in the above-captioned case.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/*John McCormack, IV
John McCormack, IV
Trial Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
John.McCormack.IV@usdoj.gov
202-262-7011
MA 676073, NH 19569

Dated: May 24, 2023