# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:19-cr-20652 |
| v. | Hon. David M. Lawson |
| JAMES LETKO, et al., | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF ASSISTANT U.S. ATTORNEY

To:   Attorney Admission Clerk and All Other Parties

Please take notice of the following **withdrawal** of Attorney of record for the above captioned case:

**Remove the following AUSA(s):**

Name: Andrew B. Barras
Bar ID: OH 0088600
Telephone: 202-365-4660
Email: andrew.barras@usdoj.gov

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/ Andrew B. Barras*
ANDREW B. BARRAS
Acting Assistant Chief, U.S Department of Justice
Criminal Division, Fraud Section
U.S. Department of Justice
211 W. Fort Street
Detroit, MI 48226

Dated: September 2, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal was served this 2nd day of September, 2023, electronically upon all counsel of record.

*s/ Andrew B. Barras*
ANDREW B. BARRAS (0088600)
Acting Assistant Chief
